J. A. McCormick, Respondent, v. St. Louis, Iron
Mountain & Southern Railway Company.

St. Louis Court of Appeals, February 8, 1886.

Legislative Powers—Railroads—Fences.—The power of the legisla-
ture of 1860 to contract the territorial limits of a town was abso-
lute; and when the limits were so abridged, a railroad company
was bound to fence that portion of its road which ran through un-
inclosed fields thus thrown outside the new limits.

Appeal from the Washington County Circuit Court,
John L. Thomas, Judge.

*Affirmed.*

George H. Benton, for the appellant.

John F. Bush, for the respondent.

Rombauer, J., delivered the opinion of the court.

In overruling the motion to dismiss, we filed an
opinion herein, at the present term, which incidentally
disposes of the only point presented by this appeal.

The action is one for the killing of a horse by the
defendant's locomotive. The statement charges that
the horse was thus killed at a point on the defendant's
road, where it runs through uninclosed lands, and where
the defendant, by statute, was required to maintain suf-
ficient fences, and that the accident complained of was
owing to the omission of the defendant's duty in that
regard. The proof bears out the statement.

The sole defence rests on the ground that those un-
inclosed lands formed part of the town of Irondale, as
originally platted and recorded, and that the statute of
May 16, 1860, which abolished and vacated that part of
the town was unconstitutional and void. That, therefore,
the place where the horse was killed was still part of

the town, and the defendant was under no legal obligation to fence its road there.

Instructions were asked by the defendant on that theory, which the court refused.

The instructions were properly refused. The power of the legislature, at the date of the enactment in question, to extend or contract the limits of a town, was absolute, and not subject to any judicial control. *St. Louis v. Russell*, 9 Mo. 507; *St. Louis v. Allen*, 13 Mo. 400; *Walden v. Dudley*, 49 Mo. 421; *Gibony v. Cape Girardeau*, 58 Mo. 141, 144; *Railroad v. St. Louis*, 66 Mo. 256.

The judgment is affirmed. Thompson, J., concurs; Lewis, P. J., is absent.